UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **2:04CR 80RL** |
| v. ) | |
| ) | CAUSE NO.: |
| CHARLES TANNER, aka "DUKE," ) | |
| "LITTLE DUDE," "JIGGA MAN," ) | |
| "CHAMP," "I GOT NEXT;" ) | |
| ERBEY SOLIS, JR.; and ) | 18 U.S.C. § 2 |
| ARNULFO RODRIGUEZ CASTELLANOS, aka ) | 21 U.S.C. § 841(a)(1) |
| "GUERO" ) | 21 U.S.C. § 846 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

From at least June 2004, the exact date being unknown to the Grand Jury, and continuing into at least September 2004, both dates being approximate and inclusive, in the Northern District of Indiana and elsewhere,

CHARLES TANNER, aka "DUKE,"
"LITTLE DUDE," "JIGGA MAN," "CHAMP," "I GOT NEXT;"
ERBEY SOLIS, JR.; and
ARNULFO RODRIGUEZ CASTELLANOS,
aka "GUERO,"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together with each other, and with other persons known and unknown to the Grand Jury, to commit certain offenses against the United States, to wit: to knowingly and

intentionally possess with intent to distribute and distribute 5 kilograms or more of a mixture and substance containing detectable amounts of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT TWO**

On or about September 1, 2004, in the Northern District of Indiana,

CHARLES TANNER, aka "DUKE,"
"LITTLE DUDE," "JIGGA MAN," "CHAMP," "I GOT NEXT,"

defendant herein, did knowingly and intentionally attempt to possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By: _____
Thomas L. Kirsch II
Assistant United States Attorney