```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
                          HAMMOND DIVISION

UNITED STATES OF AMERICA,    )
                             )
       Plaintiff,            )
                             )
    v.                       )  Cause No.  2:04 CR 80 RL
                             )
CHARLES TANNER,              )  Honorable
                             )  Rudy Lozano,
         Defendants.         )  Presiding District Court Judge
```

**DEFENDANT CHARLES TANNER'S**
**PROPOSED JURY INSTRUCTIONS**

NOW COMES defendant Charles Tanner, by and through his attorney, Santo J. Volpe, and respectfully submits the attached proposed jury instructions.  Uncited copies of "given" instructions will be tendered to the Court at trial.

                         Respectfully submitted,

                           /s/ Santo J. Volpe
                         Santo J. Volpe, attorney for
                         defendant Charles Tanner

```
    Santo J. Volpe, Esq.
    Santo J. Volpe & Associates
    Attorneys At Law
    Office:
         53 West Jackson Boulevard
         Suite 1420
         Chicago, Illinois  60604
    Mailing address:* mail, deliveries, service, not accepted at office
         Post Office Box No. 1537
         Northbrook, Illinois  60065-1537
    Telephone: (312) 961-9090
    Facsimile:* service by facsimile (fax) not acknowledged
    E-Mail: santojvolpe@volpelaw.com
    Illinois Attorney Registration No. 2909960
    attorney for defendant Charles Tanner
```

The government must prove beyond a reasonable doubt that the defendant was not entrapped.  Thus, the government must prove

beyond a reasonable doubt either (1) that, before contact with law enforcement, the defendant was ready and willing or had a predisposition or prior intent to commit the offense, or (2) that the defendant was not induced or persuaded to commit the offense by law enforcement officers or their agents.

*******************

    Defendant Tanner' instruction number ___07___

    Entrapment Elements 6:04 of the
    Seventh Circuit

    In determining whether the defendant was entrapped, you may consider:

    (1) The background [or character or reputation] of the defendant [including] [prior criminal history][or economic

status];

    (2) Whether it was law enforcement officers or their agents that first suggested the criminal activity;

    (3) Whether the defendant performed criminal activity for profit;

    (4) Whether the defendant showed reluctance to perform criminal activity;

    (5) Whether law enforcement officers or their agents repeatedly induced or persuaded the defendant to perform criminal activity;

    (6) Whether law enforcement officers or their agents offered an ordinary opportunity to commit a crime; and

    (7) Whether law enforcement officers or their agents offered exceptional [profits or] persuasion or merely solicited commission of the crime.

While no single factor necessarily indicated by itself that a defendant was or was not entrapped, the central question is whether the defendant showed reluctance to engage in criminal activity that was overcome by inducement or persuasion.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    Defendant Tanner' instruction number __8__

    Entrapment Factors 6.05 of the
    Seventh Circuit (committee, 1999)