UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.  2:04 CR 80 RL |
| | ) | |
| CHARLES TANNER | ) | |

GOVERNMENT'S RESPONSE TO COURT'S
PROPOSED AMENDMENT 782 ORDER

Comes now the United States of America by David Capp, United States Attorney for the Northern District of Indiana, and says as follows:

On December 22, 2015, the Court provided to the parties its proposed order reducing defendant Charles Tanner's sentence pursuant to U.S. Sentencing Guideline Amendment 782.

The government agrees with the Court's calculation of the defendant's new guideline range and agrees with the Court's proposal to reduce the defendant's sentence to 360 months, which is the bottom of the new guideline range.

Respectfully submitted,

DAVID CAPP,
UNITED STATES ATTORNEY


By:   S/Daniel L. Bella
      Daniel L. Bella,
      Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2015, I filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed by United States Postal Service the document to the following:

Charles Tanner
Federal Register Number 08020-027
USP McCreary
P.O. Box 3000
Pine Knot, KY 42635

.

                                              S/Lorene B. Nelson
                                              Lorene B. Nelson
                                              Legal Assistant

OFFICE OF:

United States Attorney