UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

APPEARANCE

**UNITED STATES OF AMERICA**

       **Plaintiff,**

v.	CASE NUMBER: 2:04-CR-80

**CHARLES TANNER**

       **Defendant.**

To the Clerk of this Court and all parties of record:

    I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for Charles Tanner.

<u>March 27, 2019</u>
*Date*

              Respectfully Submitted,

              Northern District of Indiana Federal
              Federal Community Defenders, Inc.

              By:    <u>s/ Thomas N. O'Malley</u>
                        Thomas N. O'Malley
                        1300 S. Harrison St., Suite 1101
                        Fort Wayne, Indiana 46802
                        Phone:   260) 422-9940
                        Fax: (260) 422-9954

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that, on <u>3/27/2019</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

                                        <u>s/ Thomas N. O'Malley</u>